NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEFF OLLEY, ADERONKE ADEREMI, J. O., a Minor,**

*Plaintiffs-Appellants*

**v.**

**SCOTT TURNER, In his capacity as the United States Secretary of Housing and Urban Development, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, TEXAS WORKFORCE COMMISSION, (Civil Right Division), BRYAN DANIEL, In his Capacity as the Commissioner for the Public, BRYAN D. SNOODY, in his Capacity as the Civil Right Director, MYRON J. LEWIS, Employee, Investigator, HARRIS COUNTY TEXAS, TENESHIA HUDSPETH, Harris County Clerk, AUDRIE LAWTON-EVANS, Harris County Judge,**

*Defendants-Appellees*

---

2025-2144

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:24-cv-04667, Senior Judge Simeon Timothy Lake, III.

---

**ON MOTION**

---

Before PROST, CHEN, and HUGHES, *Circuit Judges.*

PER CURIAM.

# O R D E R

In this civil rights case, appellants respond to the court's October 14, 2025 show cause order by moving to transfer the appeal to the United States Court of Appeals for the Fifth Circuit.  Appellants also note that they filed at the district court a timely, amended notice of appeal directed to the Fifth Circuit.

This court's jurisdiction to review decisions of federal district courts is generally limited to final decisions in patent cases, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2).  This case does not fall within any of those limited subject matter areas.  Because appellants already have an appeal proceeding before the Fifth Circuit, *Olley v. Todman*, No. 25-20422 (5th Cir. Sept. 24, 2025), granting the motion to transfer is unnecessary.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to transfer is denied.  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

November 24, 2025
Date

Jarrett B. Perlow
Clerk of Court